No. 167. McElvogue v. United States; and

No. 168. Brown v. Same. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Hugh McElvogue, pro se,* and *Mr. William J. Brown, pro se. Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Mr. John J. Byrne* for the United States. Reported below: 40 F. (2d) 889, 891.

No. 169. Longson v. Belasco. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Lila Longson, pro se. Mr. Nathan Burkan* for respondent.

No. 170. Pillsbury Flour Mills Co. v. Interlake Steamship Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. D. Roger Englar,. Henry N. Longley,* and *Ezra G. Benedict Fox* for petitioner. *Messrs. George W. Cottrell* and *Thomas C. Burke* for respondent.

No. 172. Passailaigue v. Herron et al. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. N. B. K. Pettingill* for petitioner. *Mr. Donald C. McMullen* for respondents.

No. 173. Stanley Securities Co. v. United States. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Thacher, Assistant Attorney*